UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL HOLMBERG,

                     Plaintiff,

  v.

RONALD VAN BOENING, DANIEL FITZPATRICK, PAUL DRAGO, LT. MARK KELLER, and DEBRA LAVAGNINO,

                     Defendants.

No. C10-5367 BHS/KLS

ORDER DIRECTING DEFENDANTS TO FILE RESPONSE

On March 17, 2011, the Court ordered Defendants to provide the last known business or home addresses for Mark Keller and Debra Lavagnino. ECF No. 21. On March 21, 2011, Defendants provided Mr. Keller's business address. ECF No. 22. They state that they do not have a business or home address for Debra Lavagnino as she is not a DOC employee, has never been a DOC employee, but was employed by Pierce College which contracted with DOC to provide services to DOC inmates. *Id.*, p. 2. On March 30, 2011, Plaintiff filed a reply. He states that the Defendants do have access to Ms. Lavagnino's home address as that information would be contained in her security clearance documentation. ECF No. 24. Defendants filed no response to this contention and the Court is without sufficient information to determine the issue.

Accordingly, it is **ORDERED:**

ORDER - 1

(1)  Defendants are directed to respond to Plaintiff's reply **on or before May 13, 2011.**

(2)  The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  2nd  day of May, 2011.

*Karen L. Strombom* (signature)
Karen L. Strombom
United States Magistrate Judge

ORDER - 2